UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Ernie J. & Dawn E. Mincey | )  CASE NO. 06-40046 |
| | ) |
| Debtor | ) |

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:   Creditors Collection, P.O. Box 63, Kankakee, IL 60901

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $358.25 into the Registry Account with the U.S. Bankruptcy Court. On January 3, 2009 the Trustee issued Check No. 91398 in the amount of $12.86 to Creditors Collection at the address above. This check was returned with a letter stating that Creditors Collection is no longer in business and will not accept any further payments. The Trustee voided the check and placed a "reserve" on future disbursements to the creditor so the funds would be turned over to the Registry Account.

To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

Dated this 12th day of May, 2011.

/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 12th day of May, 2011 to:

Creditors Collection, PO Box 63, Kankakee, IL 60901
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
Jerry Paeth, 309 N. 5th Street, Lafayette, IN 47901

    /s/ David A. Rosenthal
    David A. Rosenthal
    Chapter 13 Trustee
    P.O. Box 505
    Lafayette, IN 47902
    (765) 742-8248